UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                              Civil No. 08-cv-28-PB

Philip B. Spitz

O R D E R

      As ordered on March 26, 2008, the government's motion for default judgment (document no. 7) is granted.  Judgment is rendered in favor of the plaintiff, United States of America, and against the defendant, Philip B. Spitz, in the sum of $5,158.91 (principal of $3,448.75 and interest of $1,710.16 computed through March 18, 2008), plus interest from this date at the legal rate of 7.94% computed daily and compounded annually until paid in full.

      SO ORDERED.

April 19, 2008                                          /s/ Justo Arenas
                                                 Justo Arenas
                                                 United States Magistrate Judge

cc:     John J. Farley, Esq.